No. 97–439. JARRETT *v.* GREEN, PERSONAL REPRESENTATIVE OF THE ESTATE OF GREEN, DECEASED, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–503. JOHNSON ET AL. *v.* KNOWLES ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–504. FORSYTH ET AL. *v.* HUMANA INC. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–508. DOUG. MOCKETT & CO., INC. *v.* PLUMLEY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–514. CADLE CO. *v.* JOHNSON. Ct. Civ. App. Ala. Certiorari denied.

No. 97–528. GUNERATNE *v.* ST. MARY'S HOSPITAL. C. A. 5th Cir. Certiorari denied.

No. 97–533. SHELL OIL CO. *v.* STUDIENGESELLSCHAFT KOHLE M. B. H. C. A. Fed. Cir. Certiorari denied.

No. 97–539. IRELAND *v.* TUNIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–540. ZYZY, INC., ET AL. *v.* CITY OF EAGLE PASS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–542. DIXSON *v.* RUFF, TRUSTEE. C. A. 11th Cir. Certiorari denied.

No. 97–544. NOVA DESIGNS, INC., DBA PERFORMANCE DIVER *v.* ELECTRONICS INSTRUMENTATION & TECHNOLOGY, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–546. FIGTER LTD. *v.* TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA. C. A. 9th Cir. Certiorari denied.

No. 97–547. CASEY *v.* ARIZONA MAIL ORDER ET AL. Ct. App. Ariz. Certiorari denied.

No. 97–549. DAVIS *v.* BOARD OF ASSESSORS OF THE TOWN OF RAYNHAM. App. Ct. Mass. Certiorari denied.